UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA GOURLEY and MICHAEL GOURLEY, as individuals and as natural guardians of COLIN GOURLEY,

Plaintiffs,

v. Case No. 2:25-cv-640-KCD-KRH

MV TRANSPORTATION, INC., a foreign profit corporation,

Defendant.
______________________________/

**ORDER**

Defendant MV Transportation returns to the Court seeking to enforce a settlement it believes was reached. (Doc. 33.) Its first request to enforce the alleged settlement was denied for a failure to agree on the essential terms. (Doc. 31.)

MV Transportation now upates the Court with its attempts to reach opposing counsel "to effectuate the existing settlement agreement" with a revised release that eliminates the additional parties to no avail. The Gourleys did not respond to the emails or provide a copy of an executed release. MV Transportation does nothing more than reargue its position that an enforceable settlement was reached. The Court previously disagreed that an was reached. The Court remains steadfast on that position and agrees with

Plaintiffs' response: "Defendant's insistence upon materially different releasees was . . . not acceptance; it was rejection and insistence upon different terms. Once rejected, the November 12 proposal was not a dormant option Defendant could revive eighteen months later merely by changing its position after an adverse ruling." (Doc. 36 at 7.)

MV Transportation's Amended Motion to Enforce Settlement (Doc. 33) is thus **DENIED**.

**ORDERED** in Fort Myers, Florida on August 11, 2026.

Kyle C. Dudek
United States District Judge